THE STATE OF IOWA, Appellee, v. JOHNSON *et al.*, Appellants.

Criminal Law: APPEAL.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

FRIDAY, OCTOBER 10, 1890.

THE defendants were indicted, tried and convicted of the crime of keeping a saloon nuisance, and they appeal.

No appearance for either party.

ROTHROCK, C. J.—The appeal is presented upon a transcript of the indictment and record entry of a trial by jury and judgment. The transcript does not contain the evidence or the instructions of the court to the jury. We discover no error in the record, and the judgment is AFFIRMED.

———

THE STATE OF IOWA, Appellee, v. AL. EVANS *et al.*, Appellants.

Appeal: JURISDICTION : PRACTICE.

*Appeal from Marshall District Court.*—HON. D. R. HINDMAN, Judge.

MONDAY, OCTOBER 3, 1890.

THE defendants, H. W. Gifford and Al. Evans, appear to have been jointly indicted for the crime of nuisance, alleged to have been committed by using a certain building as a place in which to keep and sell intoxicating liquors in violation of law. Evans was granted a separate trial, was convicted, and adjudged to pay a fine of three hundred dollars and costs. The defendant appeals.

*John Y. Stone*, Attorney General, *W. W. Miller* and *Henderson & Hargrave*, for the State.

*J. M. Parker* and *J. F. Meeker*, for appellant.

ROBINSON, J.—The abstract does not allege, and there is nothing in the record submitted in this court to show, that an appeal has been taken. It is well settled that, without such a showing, this court cannot determine the case on its merits. It is, therefore, DISMISSED.